UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE TAYLOR, | No. 2: 18-cv-0076 KJN P |
| Plaintiff, | |
| v. | ORDER |
| ERIC ARNOLD, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding without counsel, has filed this civil rights action pursuant to 42 U.S.C. § 1983. Court records indicate that plaintiff is proceeding with another civil rights action in this court, 17-2014 GEB CKD P. After reviewing the records from both cases, it is clear that the complaint filed in the instant action was intended to be filed in 17-2014 as an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to file the complaint filed in the instant action in 17-2014;

2. The Clerk of the Court is directed to close the instant action.

Dated: January 24, 2018

Tay76.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1